```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA


LEROY JOHNSON                              CIVIL ACTION

VERSUS                                     NO: 06-0914

CENAC TOWING INC., ET AL.                  SECTION: "R"(2)
```

## JUDGMENT

Considering the Court's order and reasons on file herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of plaintiff Leroy Johnson and against defendant Cenac Towing.  Plaintiff is entitled to recover from the defendant the following damages:

| | | |
|---|---|---|
| A. | Past wage loss: | $30,001.96 |
| B. | Past pain and suffering: | $30,000 |
| C. | Future pain and suffering: | $30,000 |
| D. | Past medical expenses: | $38,095.80 |
| E. | Past lost meals: | $2,129 |
| | Total Damages: | $130,226.76 |

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiff is not found contributorily negligent.  Accordingly, Cenac Towing will bear the entire cost of the judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiff Johnson is entitled to pre-judgment interest on past damages from the date of judicial demand until the date paid, and he is entitled to post-judgment interest on all remaining damages from the date of judgment until the date paid.  Both pre- and post-judgment interest is to be calculated at a 4.95 percent per annum rate.

New Orleans, Louisiana, this 28th day of December, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE